# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DONTAE MATHIS, | Case No.: 2:23-cv-00936-GMN-NJK |
| Plaintiff, | **Order** |
| v. | |
| JULIE WILLIAMS, et al., | |
| Defendant. | |

Plaintiff filed a notice of errors in filings and a request for immediate correction. Docket No. 5. The Court has reviewed the notice and the filings in Plaintiff's other case, 2:23-cv-00935-JAD-EJY. The Court has not found any obvious filing errors. The Court will send Plaintiff courtesy copies of the docket sheets in both cases, and he can determine whether he needs to file a more specific motion identifying the purported errors.

The Court notes that Plaintiff states he received someone else's application to proceed *in forma pauperis* ("IFP") from case 2:23-cv-885-GMN-VCF. The Court has reviewed all the filings and there are no documents from the other person's case in Plaintiff's cases. Plaintiff may have mistakenly received a copy of that document from the prison, but that IFP is not docketed in Plaintiff's cases.

Accordingly, for the reasons stated above,

IT IS ORDERED that the Clerk of the Court send Plaintiff courtesy copies of the docket sheets in this case and *Mathis v. Williams*, 2:23-cv-00935-JAD-EJY.

DATED: August 8, 2023

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE